IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LMG 3 MARKETING AND DEVELOPMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> ASCENSIA DIABETES CARE HOLDINGS AG and ASCENSIA DIABETES CARE US, INC. <br><br> Defendants. | Civil Action No. 16-cv-04020 |

## DISMISSAL OF ACTION PURSUANT TO
## RULE 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff LMG 3 Marketing and Development Corp., by its counsel O'Reilly IP PLLC, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above action against defendants Ascensia Diabetes Care Holdings AG and Ascensia Diabetes Care US, Inc., with prejudice.

*/s/ Brian D. O'Reilly*

Brian D. O'Reilly (BO 1529)
O'REILLY IP PLLC
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 390-0096
Email: brian@oreillyip.com

Dated: October 7, 2016

638456.1